IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MIGUEL GARCIA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:22-cv-00795-M |
| BEST BUY CO INC., | § § | |
| Defendant. | § § § § | |

**ORDER**

Before the Court is the Agreed Motion to Stay Proceedings and Proceed to Arbitration. ECF No. 9. The Motion is **GRANTED**. **IT IS ORDERED** that in light of the parties' agreement to arbitrate this matter, the parties shall submit this case to arbitration. The case is **STAYED** pending the outcome of the arbitration. The Clerk of Court is directed to close this case for statistical purposes. The parties shall notify the Court when the arbitration has concluded.

**SO ORDERED**.

April 28, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE